**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| YUMMY HOLDINGS, LLC, *et al.* | § | Case No. 19-70069-TMD |
| Debtors.## | § | (Jointly Administered Under |
| | § | Case No. 19-70067-tmd) |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**<u>Introduction</u>**

On May 16, 2019 (the "***Petition Date***"), Tajay Restaurants, Inc., Yummy Seafoods, LLC, and Yummy Holdings, LLC (each a "***Debtor***," collectively, the "***Debtors***") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***").

Pursuant to the requirements of Bankruptcy Code Section 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), the Debtors, with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "***Schedules***") and Statements of Financial Affairs (the "***Statements***") with the United States Bankruptcy Court for the Western District of Texas (the "***Bankruptcy Court***").

Mr. Omar Misleh is the General Counsel of the Debtors and has signed each of the Schedules and Statements as the Debtors' authorized representative. In reviewing and signing the Schedules and Statements, Mr. Misleh has relied upon the efforts, statements and representations of various personnel employed by the Debtors. Mr. Misleh has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

These *Global Notes, Methodology and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "***Global Notes***") pertain to, are incorporated by reference in and comprise an integral part of each of the Debtors' Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("***GAAP***"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

4841-9336-2842.1

Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' commercially reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause a material change to the Schedules and Statements. Thus, the Debtors are unable to warrant or represent the Schedules and Statements are without inadvertent errors, omissions or inaccuracies. Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update, amend or supplement the Schedules and Statements, but reserve the right to do so.

### Global Notes and Overview of Methodology

**Reservation of Rights**. Nothing contained in the Schedules and Statements shall constitute a waiver of the Debtors' rights or an admission with respect to their chapter 11 cases, including, without limitation, any issues involving substantive consolidation, equitable subordination, offsets or defenses and/or causes of action arising under, *inter alia*, the provisions of Chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws.

**Description of Cases**. On the Petition Date, the Debtors filed voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to Bankruptcy Code Sections 1107(a) and 1108. No trustee or examiner has been requested in these chapter 11 cases.

On May 20, 2019, the Bankruptcy Court entered an *Order Granting Motion for Joint Administration* directing the procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 23]. On June 4, 2019, the United States Trustee for the Western District of Texas appointed the Official Committee of Unsecured Creditors (the "***Creditors' Committee***") [Docket No. 79] pursuant to section 1102(a)(1) and (b)(1) of the Bankruptcy Code.

**Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the Petition Date. Market values of these assets may vary, at some times materially, from the net book value of such assets. Additionally, because the book values of assets such as franchise rights may materially differ from their fair market values, the fair market values are listed as unknown as of the Petition Date. Furthermore, assets which have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

**Recharacterization**. Notwithstanding the Debtors' commercially reasonable best efforts

to properly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated or omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary and appropriate, as additional information becomes available.

**Liabilities**. The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate as they determine in their sole and absolute discretion.

The liabilities listed on the Schedules do not reflect any analysis of claims pursuant to Bankruptcy Code Section 503(b)(9). Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under Bankruptcy Code Section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

**Insiders**. For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code to include the following: (a) directors; (b) officers; (c) shareholders holding in excess of 5% of the voting shares of one of the Debtor entities (whether directly or indirectly); (d) relatives of directors, officers or shareholders of the Debtors (to the extent known by the Debtors); (e) persons in control; and (f) Debtor/non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Classifications**.  Listing a claim on (a) Schedule D as "secured," (b) Schedule E/F as "priority," (c) Schedule E/F as "unsecured" or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description**. Schedules D and E/F permit each of the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection. The Debtors reserve all of their

4841-9336-2842.1

rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtors.

**Causes of Action**. Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their (filed or potential) causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any causes of action against third parties and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action which are expressly reserved.

**Inter-Company Balances**. As set forth in *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Pay Any Prepetition or Postpetition Amounts Outstanding on Account of the Bank Fees, (C) Maintain Existing Business Forms in the Ordinary Course of Business, and (D) Continue to Perform the Intercompany Transactions Consistent with Historical Practice, and (II) Granting Related Relief* [Docket No. 4] (the "***Cash Management Motion***"), the Debtors and certain of their non-debtor affiliates transfer cash pursuant to the Debtors' centralized cash management system.

**Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

        a.    Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

        b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

        c.    Excluded Assets and Liabilities. The Debtors have excluded certain accrued liabilities, including accrued wages, salaries, and employee benefits and tax accruals from the Schedules. As discussed in further detail below, the wages, salaries, and employee benefits were paid postpetition with Bankruptcy Court approval. the Certain other immaterial assets and liabilities may also have been excluded.

        d.    Liens. Property, inventory and equipment listed in the Schedules may be presented without consideration of any liens that may attach (or have attached) to such

property and equipment.

     e.     Currency. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Global Notes Control**. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to the Debtors' Schedules**

**Schedule A/B**. Unless indicated otherwise, asset values described in Schedule A/B are representative of values reflected on the Debtors' May 16, 2019 balance sheet.

**Schedule A/B, Part 1**. Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion.

**Schedule A/B7**. The Bankruptcy Court, pursuant to the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service* [Docket No. 8], has authorized the Debtors to provide adequate assurance of payment for future utility services, including a deposit in the amount of $29,000.00. Such deposits are not listed on Schedule A/B7, which was prepared as of the Petition Date.

**Schedule A/B11**: Schedule A/B11 does not include credit card receivables or intercompany receivables. The Debtors do not track credit card receivables on a daily basis, and it would be unduly burdensome and cost prohibitive to investigate what amounts were outstanding as of the Petition Date. The Debtors believe all credit card receivables that were outstanding as of the Petition Date have been collected. Intercompany receivables are listed in Schedule A/B77.

**Schedules A/B22, A/B39-41 and A/B50**. For inventory, supplies, and equipment listed in Schedules A/B22, A/B39-41 and A/B50, the Debtors have included the combined net book value and the estimated liquidation value. The Debtors do not maintain a detailed list of their inventory, supplies, or equipment. The inventory and supplies are being sold and replenished in the ordinary course of business. The equipment was purchased over a decade before the Petition Date and spread out among the Debtors' individual store locations. Therefore, it would be unduly burdensome and cost prohibitive for the Debtors to attempt identify specific numbers and values of individual categories of inventory, supplies, and equipment.

**Schedule A/B75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to causes of action, counterclaims, setoffs, refunds with their suppliers and service providers. Any such rights which are unknown to the Debtors or not quantifiable as of the Petition Date are not listed on Schedule A/B75.

**Schedule D**. Except as otherwise agreed pursuant to a stipulation or as otherwise

provided by an order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor. Moreover, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The descriptions provided in Schedule D are solely intended to be a summary − and not an admission − of liability.

**Schedule E/F, Part 1**. The Bankruptcy Court has authorized the Debtors, in their discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code. For example, on May 20, 2019, the Bankruptcy Court entered the *Interim Order (I) Authorizing the Debtors to (A) Pay Certain Prepetition Wages, Benefits and Other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 18], authorizing the Debtors to pay or honor certain prepetition obligations with respect to employee wages, salaries and other compensation, reimbursable employee expenses and employee medical and similar benefits. Those claims have been paid and are not included on Schedule E/F, Part 1.

The claims listed on Schedule E/F, Part 1 arose or were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule E/F, Part 1, however, appear to have arisen or to have been incurred before the Petition Date.

**Schedule E/F, Part 2**. The Debtors have used their commercially reasonable best efforts to report all general unsecured claims against the Debtors on Schedule E/F, Part 2 based upon the Debtors' existing books and records as of the Petition Date. The claims of individual creditors for, among other things, products, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the applicable Debtor. The Debtors reserve all of their rights with respect to any such credits and allowances including the right to assert objections and/or setoffs with respect to same. Schedule E/F, Part 2 does not include certain deferred charges, deferred liabilities, accruals or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made every effort to include as a contingent, unliquidated or disputed the claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

To the extent they are known, Schedule E/F, Part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or the assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule E/F, Part 2 does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. The Debtors' businesses are complex. Although the Debtors' existing books, records and financial systems have been relied upon to identify and schedule executory

contracts and unexpired leases at each of the Debtors and diligent efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors, omissions or over-inclusion may have occurred. Certain information, such as the term of executory contracts or unexpired leases, may not be included where such information could not be obtained using the Debtors' reasonable efforts.

Listing a contract or lease on Schedule G does not constitute an admission that such contract or lease is an executory contract or unexpired lease or that such contract or lease was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, leases or other agreements set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the contracts and leases listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

The contracts, leases and other agreements listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. In some cases, the contracting party appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and leases on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim.

The Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor or Debtors' co-obligors on such executory contracts or unexpired leases becomes available. Certain of the executory contracts or unexpired leases may not have been memorialized and could be subject to dispute. Executory contracts that are oral in nature have not been included on Schedule G.

Omission of a contract or lease from Schedule G does not constitute an admission that such omitted contract or lease is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or leases are not impaired by the omission.

The listing of any contract or lease on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or lease or an admission that such contract or lease is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the validity or effectiveness of any such contract or lease listed on Schedule G or to amend Schedule G at any time to remove any contract or lease.

The unexpired leases listed in Schedule G are identified by Store number. The address for

each lease may be found in Schedule A/B 55, which identifies each lease by Store number and address.

**Schedule H**. For purposes of Schedule H, the Debtors may not have identified certain codebtors associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. For example, many of the unexpired leases originated decades ago, and have been assigned and/or subleased to numerous parties, many of which may still have contingent liability on the leases. The Debtors have identified their codebtors to the best of their ability based on their books and records. The Debtors reserve all of their rights to amend the Schedules to the extent that they identify additional codebtors or they learn the codebtors listed are not liable on their executory contracts or unexpired leases.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because all such claims are contingent, disputed or unliquidated, such claims have not been set forth individually on Schedule H. Litigation matters can be found on Statement 7.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 1**. The amounts listed in Statement 1 reflect the revenue for the fiscal years 2017, 2018 and the year to date portion of fiscal year 2019 of each Debtor as such amount is calculated in the Debtors' records.

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors except for those made to insiders (see Statement 4) and bankruptcy professionals (see Statement 11). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtors' cash management system. Additionally, all disbursement information reported in Statement 3 for a specific Debtor pertains to the bank accounts maintained by that respective Debtor.

**Statement 7**. Information provided in Statement 7 includes legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum. In the Debtors' attempt to provide full disclosure, the Debtors have also included workers' compensation and general liability claims being administered by its insurers. Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses as to the extent such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

**Statement 11**. Although all of the Debtors retained or paid the entities and

individuals who provided consultation concerning debt consolidation, relief under the Bankruptcy Code or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date, all of the payments, or property transferred by or on behalf of a Debtor for such services, were made by Tajay Restaurants Inc. or Yummy Seafoods, LLC and are therefore listed on those Debtors' response to Statement 11.

**Statement 26d**.  The Debtors have identified the parties known to have received financial statements from the Debtors within two years of the Petition Date.  However, the Debtors have not tracked or maintained a list of the parties provided financial statements.  It is possible that the Debtors may have provided other parties, such as vendors, with financial statements in the normal course of business, and they reserve the right to amend Statement 26d if they learn that other parties in fact received financial statements from the Debtors within two years of the Petition Date.

**Statement 30**.  All transfers made directly to or for the benefit of insiders are listed in Statement 4.

*[Remainder of page intentionally left blank.]*

4841-9336-2842.1

Fill in this information to identify the case

Debtor name          **Yummy Holdings LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number          **19-70069**
(if known)

☐ Check if this is an
    amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future
interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also
include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.
In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and
Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any
pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the
additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the
pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a
fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset
only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the
terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|
| **2.** **Cash on hand** | | | | | | | **$12,192.08** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|
| 3.1. | **Banc First Loyal (Store 31512)** | **Checking account** | 6 | 7 | 2 | 5 | $832.96 |
| 3.2. | **Banc First Loyal (Store 31515)** | **Checking account** | 9 | 7 | 1 | 2 | $5,634.85 |
| 3.3. | **The Bank NA (Store 31517)** | **Checking account** | 1 | 4 | 9 | 7 | $5,626.77 |
| 3.4. | **First United (Store 31532)** | **Checking account** | 4 | 1 | 2 | 7 | $4,426.00 |
| 3.5. | **Arvest Bank (Store 31534)** | **Checking account** | 5 | 1 | 1 | 8 | $5,035.78 |
| 3.6. | **Commercial Bank (Store 31549)** | **Checking account** | 4 | 3 | 5 | 5 | $4,889.48 |
| 3.7. | **Bank of America (Store 31531)** | **Checking account** | 4 | 6 | 0 | 5 | $686.47 |
| 3.8. | **Bank of America (Store 31537)** | **Checking account** | 4 | 9 | 9 | 3 | $1,085.25 |
| 3.9. | **Bank of America (Store 31542)** | **Checking account** | 4 | 9 | 9 | 8 | $748.44 |
| 3.10. | **Bank of America (Operating Account)** | **Checking account** | 4 | 5 | 2 | 0 | $0.00 |
| 3.11. | **Bank of America (Payroll)** | **Checking account** | 4 | 5 | 2 | 5 | $0.00 |

**4.  Other cash equivalents**      *(Identify all)*

   Name of institution (bank or brokerage firm)

**5.  Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

   | $41,158.08 |

## Part 2:  Deposits and prepayments

**6.  Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes.  Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest

**7.  Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | **Utility deposits with AEP Public Service Co. of Oklahoma** | $27,385.00 |
|------|--------------------------------------------------------------|------------|
| 7.2. | **Utility deposit with CenterPoint Energy** | $2,300.00 |
| 7.3. | **Utility deposits with Oklahoma Natural Gas Company** | $30,420.00 |
| 7.4. | **Utility deposit with City of Bartlesville** | $100.00 |
| 7.5. | **Utility deposit with City of Tulsa** | $1,212.19 |
| 7.6. | **Utility deposit with OG&E Electric Services** | $2,795.00 |

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

**9.  Total of Part 2.**

   Add lines 7 through 8.  Copy the total to line 81.

   | $64,212.19 |

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

   ☑ No.  Go to Part 4.
   ☐ Yes.  Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest

**11.  Accounts receivable**

11a.  90 days old or less:     __$0.00__          –     __$0.00__                 = ·············· ➔     __$0.00__
                               face amount                doubtful or uncollectible accounts

11b.  Over 90 days old:        __$0.00__          –     __$0.00__                 = ·············· ➔     __$0.00__
                               face amount                doubtful or uncollectible accounts

**12.  Total of Part 3**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

   | $0.00 |

## Part 4:  Investments

**13.  Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes.  Fill in the information below.

|  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

  Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

  Name of entity: _____ % of ownership: _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

  Describe:

**17. Total of Part 4**
  Add lines 14 through 16. Copy the total to line 83.

|  |
|---|
| **$0.00** |

---

**Part 5:  Inventory, excluding agriculture assets**

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No. Go to Part 6.
  ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **Food and drink, food packaging and other supplies** | | **$105,000.00** | | **Unknown** |

**23. Total of Part 5**
  Add lines 19 through 22. Copy the total to line 84.

|  |
|---|
| **$0.00** |

**24. Is any of the property listed in Part 5 perishable?**
  ☐ No
  ☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ☐ No
  ☑ Yes. Book value __**$105,000.00**__  Valuation method **Book/current values unknown**  Current value __**Unknown**__

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

---

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

---

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

  ☑ No. Go to Part 7.
  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |

29. **Farm animals** _Examples:_ Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment** (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    | |
    |---|
    | **$0.00** |

34. **Is the debtor a member of an agricultural cooperative?**
    ☒ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
          ☐ No
          ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☒ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|     Computers and POS system | Unknown | | Unknown |

42. **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    | |
    |---|
    | **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Fryers, coolers, freezers, tables and chairs, and leasehold improvements | $691,359.71 | | Unknown |
|---|---|---|---|

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | | | $0.00 |
|---|---|---|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9: Real property

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **6718 E. Admiral Place**<br>**Tulsa, OK 74115**<br>**Store 31511** | Lease | $0.00 | | Unknown |
| 55.2.  **600 SE Washington**<br>**Bartlesville, OK 74006**<br>**Store 31512** | Lease | $0.00 | | Unknown |
| 55.3.  **900 E. Charles Page Blvd.**<br>**Sand Springs, OK 74063**<br>**Store 31515** | Lease | $0.00 | | Unknown |
| 55.4.  **1762 E. Carl Albert Pkwy.**<br>**McAlester, OK 74501**<br>**Store 31517** | Lease | $0.00 | | Unknown |

| | | | |
|---|---|---|---|
| 55.5. | **1444 S. Peoria Ave.**<br>**Tulsa, OK 74120**<br>**Store 31520** | Lease | $0.00 | Unknown |
| 55.6. | **1956 S. Garnett Rd.**<br>**Tulsa, OK 74108**<br>**Store 31522** | Lease | $0.00 | Unknown |
| 55.7. | **1000 S. Elm Place**<br>**Broken Arrow, OK 74012**<br>**Store 31531** | Lease | $0.00 | Unknown |
| 55.8. | **115 E. Taft St.**<br>**Sapulpa, OK 74066**<br>**Store 31532** | Lease | $0.00 | Unknown |
| 55.9. | **1301 W. Will Rogers Blvd.**<br>**Claremore, OK 74017**<br>**Store 31533** | Lease | $0.00 | Unknown |
| 55.10. | **142 W. Shawnee St.**<br>**Muskogee, OK 74401**<br>**Store 31534** | Lease | $0.00 | Unknown |
| 55.11. | **1721 S. Muskogee**<br>**Tahlequa, OK 74464**<br>**Store 31535** | Lease | $0.00 | Unknown |
| 55.12. | **6481 S. Memorial Highway**<br>**Tulsa, OK 74133**<br>**Store 31542** | Lease | $0.00 | Unknown |
| 55.13. | **314 W. 11th St.**<br>**Coffeyville, KS 67337**<br>**Store 31549** | Lease | $0.00 | Unknown |
| 55.14. | **3152 E. 51st St.**<br>**Tulsa, OK 74105**<br>**Store 31537** | Lease | $0.00 | Unknown |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.      **$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

**61.** **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

   **Long John Silvers/A&W Franchisee Rights**          $53,938.00          _____          Unknown

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.          $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☒ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☒ Yes. Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

71. **Notes receivable**

   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
   including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

   **Intercompany receivable from Yummy Seafoods, LLC**                                    $930,494.99

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.          $930,494.99

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $41,158.08 | |
| 81. | **Deposits and prepayments.** Copy line 9, Part 2. | $64,212.19 | |
| 82. | **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. | **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. | **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. | **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. | **Real property.** Copy line 56, Part 9...............................➜ | | $0.00 |
| 89. | **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. | **All other assets.** Copy line 78, Part 11. | + $930,494.99 | |
| 91. | **Total.** Add lines 80 through 90 for each column.  91a. | $1,035,865.26 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92...................................................................    **$1,035,865.26**

Debtor name **Yummy Holdings LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **19-70069**
(if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1.** **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.1**

| | | | |
|---|---|---|---|
| **Creditor's name**<br>**DTMJ-1, LLC** | **Describe debtor's property that is**<br>**subject to a lien** | **$955,926.41** | **$64,367.65** |
| **Creditor's mailing address**<br>**Attn: David & Tara Montgomery** | **Garnished funds in amount of $64,367.65** | | |
| **5134 Wright Terrace** | **Describe the lien**<br>**Postjudgment Garnishment Lien** | | |
| | **Is the creditor an insider or related party?** | | |
| **Stokie          IL     60077** | ☑ No | | |
| **Creditor's email address, if known** | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| **Last 4 digits of account**<br>**number        1  5  3  5** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in**<br>**the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this<br>creditor, and its relative priority. | ☐ Unliquidated | | |
| | ☑ Disputed | | |

**Landlord 31535 - JUDGMENT**

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the**
**Additional Page, if any.**          **$955,926.41**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **DTMJ-1, LLC**<br>**Gentra Abbey Sorem**<br>**Connor & Winters LLP**<br>**4000 One Williams Center**<br>**Tulsa        OK    74172** | Line  **2.1** | ___ ___ ___ ___ |
| **DTMJ-1, LLC**<br>**c/o Riggs, Abney, Neal, Turpen, et al.**<br>**Attn: Kristopher Koepsel**<br>**502 West Sixth Street**<br>**Tulsa        OK    74119** | Line  **2.1** | ___ ___ ___ ___ |
| **DTMJ-1, LLC**<br>**700 Sleater Kinney Road SE# B293**<br><br><br>**Lacey        WA    98503** | Line  **2.1** | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    **Yummy Holdings LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number   **19-70069**
(if known)

☐ Check if this is an
     amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☐   No.  Go to Part 2.
     ☒   Yes.  Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

| **2.1**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,670.58** | **$4,670.58** |
| --- | --- | --- | --- |
| **Kansas Department of Revenue** | ☐ Contingent | | |
| **915 SW Harrison St** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Topeka**    **KS**    **66625-5000** | Basis for the claim: **Taxes** | | |
| Date or dates debt was incurred **4/1/19-5/16/19** | | | |
| Last 4 digits of account number   __ __ __ __ | Is the claim subject to offset? ☒ No   ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** ) | | | |
| **Kansas sales taxes** | | | |

| **2.2**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,019.00** | **$1,019.00** |
| --- | --- | --- | --- |
| **Muskogee County Treasurer Kelly M Garret** | ☐ Contingent | | |
| **P.O. BOX 1587** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Muskogee**    **OK**    **74402-1587** | Basis for the claim: **Taxes** | | |
| Date or dates debt was incurred | | | |
| Last 4 digits of account number   __ __ __ __ | Is the claim subject to offset? ☒ No   ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** ) | | | |
| **Personal property taxes** | | | |

| ■ **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total claim** | **Priority amount** |

| **2.3** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,230.00** | **$31,230.00** |

**Oklahoma Tax Commission**

**P.O. BOX 26920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Oklahoma City        OK      73126-0920**

**Basis for the claim:**
**Taxes**

Date or dates debt was incurred
**4/1/19-5/16/19**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

**Oklahoma sales taxes**

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1**   Nonpriority creditor's name and mailing address

**2-H Refrigeration**

**P.O. BOX 758**

**Cleveland**                    **OK     74020**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **Unknown**

---

**3.2**   Nonpriority creditor's name and mailing address

**A Cut Above**

**P.O. Box 1417**

**Sand Springs**                 **OK     74063**

Date or dates debt was incurred   **Various**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$8,750.00**

---

**3.3**   Nonpriority creditor's name and mailing address

**A&W Restaurants**

**PO Box 63-7604**

**Cincinnati**                   **OH     45263-7604**

Date or dates debt was incurred   **5/12/19**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Royalties**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$2,284.68**

---

**3.4**   Nonpriority creditor's name and mailing address

**AA&L II LLC**

**72 Canfield Rd**

**Pittsford**                    **NY     14534**

Date or dates debt was incurred   **Various**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Triple Net Lease**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$25,533.32**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,222.86 |

**Amerifactors Financial Group, LLC**

**P.O. BOX 628328**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**ORLANDO**          **FL**     **32862**

Date or dates debt was incurred          **Various**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,850.00 |

**Apex Brands LLC**

**3304 Essex Dr.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Intercompany Payables**

**Richardson**          **TX**     **75082**

Date or dates debt was incurred          **Various**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |

**Apex Brands West Texas LLC**

**3304 Essex Dr.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Intercompany Payables**

**Richardson**          **TX**     **75082**

Date or dates debt was incurred          **Various**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.05 |

**Asset Enterprises**

**3431 N. Industrial Dr.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**Simpsonville**          **SC**     **29681**

Date or dates debt was incurred          **Various**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,332.88 |
| --- | --- | --- | --- |

AT&T

P.O. BOX 105414

Atlanta    GA   30348-5414

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred  **Various**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,658.00 |
| --- | --- | --- | --- |

**August, August and Lane of Rochester LLC**

**72 Canfield Rd**

Pittsford    NY   14534

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lease**

Date or dates debt was incurred  **Various**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,017.56 |
| --- | --- | --- | --- |

**Auto Chlor Services, LLC**

**Dept. #205, P.O. Box 4869**

Houston    TX   77210-4869

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred  **Various**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,002.12 |
| --- | --- | --- | --- |

**Automatic Fire Control, Inc.**

**1708 S.E.  22nd St**

Oklahoma City    OK   73129

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred  **Various**

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,480.00**

**Bestway Air Filters, Inc**

**12222 S State Hwy 51**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Coweta**                    **OK    74429**

Basis for the claim:
**Vendor**

Date or dates debt was incurred    **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,230.55**

**Bevco, Inc.**

**6900 Camille Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Oklahoma City**            **OK    73149**

Basis for the claim:
**Vendor**

Date or dates debt was incurred    **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,875.00**

**Brooks Grease Trap Service**

**3104 N. Erie Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Tulsa**                      **OK    74115**

Basis for the claim:
**Services**

Date or dates debt was incurred    **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$13,806.12**

**Carolyn Kriegsman Trust**

**1634 South Boston Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Tulsa**                      **OK    74119-4416**

Basis for the claim:
**Triple Net Lease**

Date or dates debt was incurred    **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$822.51

**CenterPoint Energy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. BOX 4583**

Basis for the claim:

**Houston**                   **TX**      **77210-4583**

**Utilities**

Date or dates debt was incurred       **4/30/19**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**3.18**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$485.75

**City of Bartlesville**

☐ Contingent
☐ Unliquidated
☐ Disputed

**401 S. Johnstone**

Basis for the claim:

**Bartlesville**              **OK**      **74003**

**Utilities**

Date or dates debt was incurred       **4/30/19**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**3.19**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$302.54

**City of Broken Arrow**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 610**

Basis for the claim:

**Broken Arrow**              **OK**      **74013**

**Utilities**

Date or dates debt was incurred       **5/2/19**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**3.20**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$2,206.29

**City of Claremore**

☐ Contingent
☐ Unliquidated
☐ Disputed

**104 Muskogee**

Basis for the claim:

**Claremore**                 **OK**      **74017**

**Utilities**

Date or dates debt was incurred       **3/15/19**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,157.43 |
| --- | --- | --- | --- |

**City of Coffeyville**

**P.O. Box 1629**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Coffeyville** | **KS** | **67337-0949** | **Utilities** |
| --- | --- | --- | --- |

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,015.14 |
| --- | --- | --- | --- |

**City of McAlester**

**P.O.BOX 578**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **McAlester** | **OK** | **74502-0578** | **Utilities** |
| --- | --- | --- | --- |

Date or dates debt was incurred    **5/15/19**    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $223.12 |
| --- | --- | --- | --- |

**City Of Muskogee**

**P. O. Box 1927**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Muskogee** | **OK** | **74402-1927** | **Utilities** |
| --- | --- | --- | --- |

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $197.70 |
| --- | --- | --- | --- |

**City of Sand Spring**

**PO Box 268801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Oklahoma City** | **OK** | **73126-8801** | **Utilities** |
| --- | --- | --- | --- |

Date or dates debt was incurred    **12/20/18**    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

**Part 2:**    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25**   Nonpriority creditor's name and mailing address

**City of Sapulpa**

**PO Box 1130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$572.80

**Sapulpa**        **OK**    **74067-1130**

Date or dates debt was incurred   **4/30/19**

Last 4 digits of account number    __ __ __ __

Basis for the claim:
**Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

**3.26**   Nonpriority creditor's name and mailing address

**City of Sapulpa, Oklahoma**

**425 East Dewey**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15.00

**Sapulpa**        **OK**    **74066**

Date or dates debt was incurred   **4/30/19**

Last 4 digits of account number    __ __ __ __

Basis for the claim:
**Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

**3.27**   Nonpriority creditor's name and mailing address

**City of Tulsa**

**200 Civic Ctr**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$327.54

**Tulsa**        **OK**    **74103-3833**

Date or dates debt was incurred   **Various**

Last 4 digits of account number    __ __ __ __

Basis for the claim:
**Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

**3.28**   Nonpriority creditor's name and mailing address

**Culligan of Tulsa**

**P.O. Box 9697**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$525.86

**Tulsa**        **OK**    **74157-0697**

Date or dates debt was incurred   **Various**

Last 4 digits of account number    __ __ __ __

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.68 |

**Curtis Restaurant Supply & Equip Comp.**
**6577 East 40th Street**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

**Tulsa**          **OK     74145**

Date or dates debt was incurred     **2/20/19**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,890.00 |

**Emtec Pest Control, Inc.**
**P.O. Box 581717**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

**Tulsa**          **OK     74158-1717**

Date or dates debt was incurred     **Various**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.00 |

**Environmental Waste Solutions, LLC**
**P.O. BOX 2959**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

**Sarasota**          **FL     34230-2959**

Date or dates debt was incurred     **Various**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $829.00 |

**Hagar Restaurants Service Inc.**
**6200 N.W. 2nd Street**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

**Oklahoma City**          **OK     73127**

Date or dates debt was incurred     **1/17/19**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**HBIC LLC**

**1940 E. Walnut Street**

**Pasadena**                    **CA     91107**

Date or dates debt was incurred          **Various**

Last 4 digits of account number          **1   5   3   3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$31,875.96**

| 3.34 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**HotSchedules**

**Attn:  Tina Martin**

**6504 Bridge Point Pkwy. #425**

**Austin**                      **TX     78730**

Date or dates debt was incurred          **Various**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,280.32**

| 3.35 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Hughes Network Systems, LLC**

**P. O. Box 96874**

**Chicago**                     **IL     60693-6874**

Date or dates debt was incurred          **Various**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$556.05**

| 3.36 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Interface Security Systems LLC**

**8339 Solutions Center**

**Chicago**                     **IL     60677-8003**

Date or dates debt was incurred          **Various**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,114.61**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**$882,732.16**

**Janda Land Holdings, LLC**

☐ Contingent

**Attn: David Egelston**

☐ Unliquidated

**101 E. Moon Valley Drive**

☑ Disputed

Basis for the claim:

**Phoenix**          **AZ**     **84022**

**Lease**

Date or dates debt was incurred      **Various**

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

**Store 31515**

| 3.38 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**$108.72**

**JOHNSON CONTROLS SECURITY SOLUTIONS**

☐ Contingent

**PO BOX 371967**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**PITTSBURGH**          **PA**     **15250**

**Services**

Date or dates debt was incurred      **Various**

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**$200.00**

**K & M Small Engine Repair & Lawn Care**

☐ Contingent

**605 N. Osage Avenue**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dewey**          **OK**     **74029**

**Services**

Date or dates debt was incurred      **4/29/19**

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**$29,094.04**

**Lane Dworkin Properties LLC**

☐ Contingent

**415 Park Avenue**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Rochester**          **NY**     **14607**

**Lease**

Date or dates debt was incurred      **Various**

Is the claim subject to offset?

Last 4 digits of account number     **1   5   2   0**

☑ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.41** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$99.13**
                                                                   *Check all that apply.*

**Lighting, Inc.**                                                 ☐ Contingent
**P.O. Box 22105**                                                 ☐ Unliquidated
                                                                   ☐ Disputed

                                                                   Basis for the claim:
**Tulsa**                    **OK**    **74121-2105**              **Services**

Date or dates debt was incurred    **3/5/19**                      Is the claim subject to offset?
                                                                   ☑ No
Last 4 digits of account number    __ __ __ __                     ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$1,543.87**
                                                                   *Check all that apply.*

**Long John Silver's LLC**                                         ☐ Contingent
**P.O. Box 950111**                                                ☐ Unliquidated
                                                                   ☐ Disputed

                                                                   Basis for the claim:
**Louisville**               **KY**    **40295-0111**             **Services**

Date or dates debt was incurred    **5/1/19**                      Is the claim subject to offset?
                                                                   ☑ No
Last 4 digits of account number    __ __ __ __                     ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$15,731.62**
                                                                   *Check all that apply.*

**Long John Silvers - Advertising**                                ☐ Contingent
**P.O. BOX 950106**                                                ☐ Unliquidated
                                                                   ☐ Disputed

                                                                   Basis for the claim:
**Louisville**               **KY**    **40295-0106**             **Services**

Date or dates debt was incurred    **5/12/19**                     Is the claim subject to offset?
                                                                   ☑ No
Last 4 digits of account number    __ __ __ __                     ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$15,731.62**
                                                                   *Check all that apply.*

**Long John Silvers Inc. - Royalties**                             ☐ Contingent
**P.O. BOX 950111**                                                ☐ Unliquidated
                                                                   ☐ Disputed

                                                                   Basis for the claim:
**Louisville**               **KY**    **40295-0111**             **Royalties**

Date or dates debt was incurred    **5/12/19**                     Is the claim subject to offset?
                                                                   ☑ No
Last 4 digits of account number    __ __ __ __                     ☐ Yes

---

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,537.52 |

**McLane Foodservice, Inc.**

**2085 Midway Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Carrollton**          **TX**    **75006-5063**

Date or dates debt was incurred    **5/10/19-5/15/19**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,447.15 |

**Morgan's Foods Inc.**

**4829 Galaxy Parkway, Suite A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Cleveland**          **OH**    **44128**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,230.94 |

**Mullin Plumbing, Inc.**

**118 S. Elm Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Broken Arrow**          **OK**    **74012**

Date or dates debt was incurred    **Various**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,523.12 |

**NAC Advertising Trust Fund Lockbox**

**3585 Reliable Pkwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Chicago**          **IL**    **60686-0035**

Date or dates debt was incurred    **5/12/19**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address |

**NADG NNN LJS-AW OK LP**

**3131 McKinney Avenue Suite L-10**

**Dallas**                    **TX**     **75204**

Date or dates debt was incurred     **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Lease**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$24,341.24

| 3.50 | Nonpriority creditor's name and mailing address |

**National Restaurant Assoc.**

**37020 Eagle Way**

**Chicago**                    **IL**     **60678-1370**

Date or dates debt was incurred     **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$146.88

| 3.51 | Nonpriority creditor's name and mailing address |

**National Waste & Disposal Inc.**

**P.O. BOX 1828**

**Catoosa**                    **OK**     **74015**

Date or dates debt was incurred     **4/30/19**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$604.94

| 3.52 | Nonpriority creditor's name and mailing address |

**NuCo2**

**P.O. Box 417902**

**Boston**                    **MA**     **02241-7902**

Date or dates debt was incurred     **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,014.12

| **Part 2:** | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,807.51** |

**OG&E**

**PO BOX 24990**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**OKLAHOMA CITY**          **OK**     **73124-0990**

Basis for the claim:
**Utilities**

Date or dates debt was incurred     **5/2/19**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,373.03** |

**Oklahoma Natural Gas Company**

**Dept 1234**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Tulsa**          **OK**     **74186-0002**

Basis for the claim:
**Utilities**

Date or dates debt was incurred     **Various**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$900.00** |

**One Degree Lawn Care & Land**

**15601 HWY 51**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Tahlequah**          **OK**     **74464**

Basis for the claim:
**Services**

Date or dates debt was incurred     **Various**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$275.00** |

**Orkin**

**P.O. Box 638898**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Cincinnati**          **OH**     **45263-8898**

Basis for the claim:
**Services**

Date or dates debt was incurred     **Various**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| **3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,506.72** |
| --- | --- | --- | --- |

*Check all that apply.*

**PAR TECH INC.**
**P.O. BOX 301175**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Dallas**            **TX**    **75303-1175**       **Services**

Date or dates debt was incurred      **Various**          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

---

| **3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$334.98** |
| --- | --- | --- | --- |

*Check all that apply.*

**Pepsi-Cola Company**
**P.O. BOX 75948**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Chicago**           **IL**    **60675-5948**       **Services**

Date or dates debt was incurred      **Various**          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

---

| **3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,791.58** |
| --- | --- | --- | --- |

*Check all that apply.*

**Public Service Company of Oklahoma**
**P.O. Box 24401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Canton**            **OH**    **44701**            **Services**

Date or dates debt was incurred      **Various**          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

---

| **3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25,063.10** |
| --- | --- | --- | --- |

*Check all that apply.*

**Real Estate Acquisitions KJE LLC**
**5822 Charlotte Dr Unit 3403**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**San Jose**          **CA**    **95123**            **Lease**

Date or dates debt was incurred      **Various**          Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.79 |

**Red Book Solutions**

**33270 Collection Center Drive**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Chicago                    IL        60693-0332**

Basis for the claim:
**Services**

Date or dates debt was incurred        **5/1/19**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        __ __ __ __

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.75 |

**Ron-Co Plumbing**

**P.O. BOX 1531**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Muskogee                    OK        74402-1531**

Basis for the claim:
**Services**

Date or dates debt was incurred        **Various**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        __ __ __ __

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.15 |

**RSCS Smallwares Connection**

**P.O. BOX 182056**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Columbus                    OH        43218-2056**

Basis for the claim:
**Services**

Date or dates debt was incurred        **5/6/19**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        __ __ __ __

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,067.80 |

**Seven Cousins of Rochester LLC**

**c/o Andrew August - Park Ave Bike Shop**

**72 Canfield Rd**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pittsford Rd                    NY        14534**

Basis for the claim:
**Lease**

Date or dates debt was incurred        **Various**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        **1    5    3    2**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address |
|---|---|

**Shoes For Crews, LLC**

**P.O BOX 504634**

**ST. LOUIS                    MO      63150-4634**

Date or dates debt was incurred        **Various**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,267.93**

---

| 3.66 | Nonpriority creditor's name and mailing address |
|---|---|

**Sooner Lock & Key Inc.**

**5515C So. Mingo**

**Tulsa                        OK      74146**

Date or dates debt was incurred        **2/15/19**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$85.97**

---

| 3.67 | Nonpriority creditor's name and mailing address |
|---|---|

**STE VENTURES LLC**

**Attn: Steven T. Tsang**

**20028 SE 3rd Circle**

**Camas                        WA      98607**

Date or dates debt was incurred        **Various**

Last 4 digits of account number        **1   5   3   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$19,206.00**

---

| 3.68 | Nonpriority creditor's name and mailing address |
|---|---|

**Tajay Restaurants Inc.**

**3304 Essex Drive**

**Richardson                   TX      75082**

Date or dates debt was incurred        **Various**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Intercompany payables**

Is the claim subject to offset?
☐ No
☑ Yes

**$462,000.00**

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | | |
|---|---|---|
| **3.69** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,995.84** |

**The Wasserstrom Company**

**P.O. BOX 182056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Columbus            OH    43218-2056**        **Services**

Date or dates debt was incurred      **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| | | |
|---|---|---|
| **3.70** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$757.75** |

**Universal Vent Hood Service LLC**

**3900 Releigh Ct.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**McKinney            TX    75070**        **Services**

Date or dates debt was incurred      **4/20/19**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| | | |
|---|---|---|
| **3.71** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$236.02** |

**Walkers Electric LLC**

**7709 E. 42nd Place, Suite 133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Tulsa            OK    74145**        **Services**

Date or dates debt was incurred      **3/5/19**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| | | |
|---|---|---|
| **3.72** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138.65** |

**Waste Connections Of OK, Inc - Bartlesvi**

**P.O. BOX 742695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**CINCINNATI            OH    45274-2695**        **Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| | | |
|---|---|---|
| **3.73** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$825.81** |
| **Waste Management of Tulsa** | ☐ Contingent | |
| **P.O. BOX 660345** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Dallas**          **TX**     **75266-0345** | **Utilities** | |
| Date or dates debt was incurred      **3/25/19** | **Is the claim subject to offset?** | |
| Last 4 digits of account number    __ __ __ __ | ☑ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.74** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,800.00** |
| **Wolter Properties, LC Limited Partnershi** | ☐ Contingent | |
| **1553 Summit Shores Vista** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Burnsville**        **MN**    **55306** | **Lease** | |
| Date or dates debt was incurred      **Various** | **Is the claim subject to offset?** | |
| Last 4 digits of account number    **1  5  2  2** | ☑ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.75** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,712.58** |
| **Wright Heat Air & Refrigeration LLC** | ☐ Contingent | |
| **1180 S. 79th E. Ave.** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Tulsa**          **OK**     **74112** | **Services** | |
| Date or dates debt was incurred      **Various** | **Is the claim subject to offset?** | |
| Last 4 digits of account number    __ __ __ __ | ☑ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.76** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Yummy Seafoods LLC** | ☐ Contingent | |
| **3304 Essex Drive** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Richardson**        **TX**    **75082** | **Intercompany payable** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| Last 4 digits of account number    __ __ __ __ | ☐ No  ☑ Yes | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be
    listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
    are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1  **Janda Land Holdings, LLC**

   **c/o Charles Greenough**

   **McAfee & Taft**

   **Two W. Second Street, Suite 1100**

   **Tulsa                    OK      74103**

Line   **3.37**

☐  Not listed.  Explain:

___ ___ ___ ___

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
| --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a.     **$36,919.58** |
| 5b. | **Total claims from Part 2** | 5b. **+**     **$1,785,775.47** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.     **$1,822,695.05** |

**Fill in this information to identify the case:**

Debtor name    **Yummy Holdings LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number    **19-70069**          Chapter    **11**
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                 **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement - Store 31512** | **A & W Restaurants - KY (Store 31512)**<br>**1648 McGrathiana Pkwy, #380** |
| | State the term remaining | **Approx. 6/18/2028** | |
| | List the contract number of any government contract | | **Lexington**      **KY**      **40511** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement - Store 31532** | **A & W Restaurants - KY (Store 31532)**<br>**1648 McGrathiana Pkwy, #380** |
| | State the term remaining | **Approx. 6/18/2028** | |
| | List the contract number of any government contract | | **Lexington**      **KY**      **40511** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement - Store 31534** | **A & W Restaurants - KY (Store 31534)**<br>**1648 McGrathiana Pkwy, #380** |
| | State the term remaining | **Approx. 6/18/2028** | |
| | List the contract number of any government contract | | **Lexington**      **KY**      **40511** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement - Store 31537** | **A & W Restaurants - KY (Store 31537)**<br>**1648 McGrathiana Pkwy, #380** |
| | State the term remaining | **Approx. 6/18/2028** | |
| | List the contract number of any government contract | | **Lexington**      **KY**      **40511** |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement - Store 31542** | **A & W Restaurants - KY (Store 31542)** |
| | | | **1648 McGrathiana Pkwy, #380** |
| | State the term remaining | **Approx. 6/18/2028** | |
| | List the contract number of any government contract | | **Lexington          KY          40511** |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Store lease - Store 31534** | **AA&L II, LLC and August, August and Lane** |
| | | | **72 Canfield Road** |
| | State the term remaining | **6/17/2028** | |
| | List the contract number of any government contract | | **Pittsford          NY          14534** |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Hardware maintenance agreement** | **Asset Enterprises** |
| | | | **3431 N. Industrial Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Simpsonville          SC          29681** |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **Trap/tank agreement** | **Brooks Grease Trap Service** |
| | | | **3104 N. Erie Ave** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tulsa          OK          74115** |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **Store lease - Store 31517** | **Carole Kramer and Gene Murphy** |
| | | | **c/o Tandy Shopping Center** |
| | | | **3325 Ocean Drive** |
| | State the term remaining | **11/30/2021** | |
| | List the contract number of any government contract | | **Oxnard          CA          93035** |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **Store lease - Store 31511** | **Carolyn B. Kriegsman Trust** |
| | | | **c/o W.B. Ted Kriegsman, Trustee** |
| | | | **1634 South Boston Avenue** |
| | State the term remaining | **1/31/2024** | |
| | List the contract number of any government contract | | **Tulsa          OK          74119-4416** |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **Dr. Pepper/Seven Up Beverage Supply Agreement** | **DR. PEPPER/SEVEN UP, INC.** <br> **Attn: General Counsel** <br> **5301 Legacy Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Plano          TX      75024** |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **Store lease - Store 31512** | **Eastland, Inc.** <br> **12345 East Skelly Drive** |
| | State the term remaining | **6/30/2023** | |
| | List the contract number of any government contract | | **Tulsa          OK      74128** |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | **Store lease - Store 31533** | **HBIC LLC** <br> **1940 E. Walnut Street** |
| | State the term remaining | **6/17/2028** | |
| | List the contract number of any government contract | | **Pasadena          CA      91107** |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | **Store lease - Store 31515** | **Janda Land Holdings, LLC** <br> **Attn: David L. Egelston** <br> **101 E. Moon Valley Drive.** |
| | State the term remaining | **6/17/2028** | |
| | List the contract number of any government contract | | **Phoenix          AZ      84022** |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | **Store lease - Store 31520** | **Lane Dworkin Properties LLC** <br> **415 Park Avenue** |
| | State the term remaining | **6/17/2028** | |
| | List the contract number of any government contract | | **Rochester          NY      14607** |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | **Gift card participation agreement** | **LJSGC, Inc.** <br> **950 Breckenridge Lane** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Louisville          KY      40207** |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise agreement - Store 31511** | **Long John Silvers-Royalties-Store 31511** <br> **P.O. BOX 950111** |
| | State the term remaining | **Approx. 6/18/2028** | |
| | List the contract number of any government contract | | **Louisville          KY          40295-0111** |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise agreement - Store 31512** | **Long John Silvers-Royalties-Store 31512** <br> **P.O. BOX 950111** |
| | State the term remaining | **Approx. 6/18/2028** | |
| | List the contract number of any government contract | | **Louisville          KY          40295-0111** |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise agreement - Store 31515** | **Long John Silvers-Royalties-Store 31515** <br> **P.O. BOX 950111** |
| | State the term remaining | **Approx. 6/18/2028** | |
| | List the contract number of any government contract | | **Louisville          KY          40295-0111** |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise agreement - Store 31517** | **Long John Silvers-Royalties-Store 31517** <br> **P.O. BOX 950111** |
| | State the term remaining | **Approx. 6/18/2028** | |
| | List the contract number of any government contract | | **Louisville          KY          40295-0111** |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise agreement - Store 31520** | **Long John Silvers-Royalties-Store 31520** <br> **P.O. BOX 950111** |
| | State the term remaining | **Approx. 6/18/2028** | |
| | List the contract number of any government contract | | **Louisville          KY          40295-0111** |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise agreement - Store 31522** | **Long John Silvers-Royalties-Store 31522** <br> **P.O. BOX 950111** |
| | State the term remaining | **Approx. 6/18/2028** | |
| | List the contract number of any government contract | | **Louisville          KY          40295-0111** |

Debtor **Yummy Holdings LLC** _____ Case number (if known) **19-70069**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.23** State what the contract or lease is for and the nature of the debtor's interest — Franchise agreement - Store 31531

Long John Silvers-Royalties-Store 31531
P.O. BOX 950111

State the term remaining — Approx. 6/18/2028

List the contract number of any government contract

Louisville KY 40295-0111

**2.24** State what the contract or lease is for and the nature of the debtor's interest — Franchise agreement - Store 31532

Long John Silvers-Royalties-Store 31532
P.O. BOX 950111

State the term remaining — Approx. 6/18/2028

List the contract number of any government contract

Louisville KY 40295-0111

**2.25** State what the contract or lease is for and the nature of the debtor's interest — Franchise agreement - Store 31533

Long John Silvers-Royalties-Store 31533
P.O. BOX 950111

State the term remaining — Approx. 6/18/2028

List the contract number of any government contract

Louisville KY 40295-0111

**2.26** State what the contract or lease is for and the nature of the debtor's interest — Franchise agreement - Store 31534

Long John Silvers-Royalties-Store 31534
P.O. BOX 950111

State the term remaining — Approx. 6/18/2028

List the contract number of any government contract

Louisville KY 40295-0111

**2.27** State what the contract or lease is for and the nature of the debtor's interest — Franchise agreement - Store 31535

Long John Silvers-Royalties-Store 31535
P.O. BOX 950111

State the term remaining — Approx. 6/18/2028

List the contract number of any government contract

Louisville KY 40295-0111

**2.28** State what the contract or lease is for and the nature of the debtor's interest — Franchise agreement - Store 31537

Long John Silvers-Royalties-Store 31537
P.O. BOX 950111

State the term remaining — Approx. 6/18/2028

List the contract number of any government contract

Louisville KY 40295-0111

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement - Store 31542 | Long John Silvers-Royalties-Store 31542<br>P.O. BOX 950111 |
| | State the term remaining | Approx. 6/18/2028 | |
| | List the contract number of any government contract | | Louisville                KY          40295-0111 |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Franchise agreement - Store 31549 | Long John Silvers-Royalties-Store 31549<br>P.O. BOX 950111 |
| | State the term remaining | Approx. 6/18/2028 | |
| | List the contract number of any government contract | | Louisville                KY          40295-0111 |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Store lease - Store 31542 | NADG NNN LJS-AW OK LP<br>3131 McKinney Avenue Suite L-10 |
| | State the term remaining | 6/17/2028 | |
| | List the contract number of any government contract | | Dallas                      TX          75204 |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Bulk CO2 Agreement | NuCo2<br>2800 SE Market Place |
| | State the term remaining | 9/1/2020 | |
| | List the contract number of any government contract | | Stuart                      FL          34997 |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Participating franchise agreement | Pepsico Sales, Inc./<br>Pepsi-Cola Advertising and Marketing Inc<br>700 Anderson Hil Road |
| | State the term remaining | | |
| | List the contract number of any government contract | | Purchase                NY          10577 |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Store lease - Store 31549 | Real Estate Acquisitions KJE LLC<br>5822 Charlotte Dr Unit 3403 |
| | State the term remaining | 6/17/2028 | |
| | List the contract number of any government contract | | San Jose                 CA          95123 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Store lease - Store 31537 | **Seritage KMT Finance LLC** <br> **c/o Seritage Growth Properties** <br> **500 Fifth Avenue, Suite 1530** |
| | State the term remaining | 10/31/2019 | |
| | List the contract number of any government contract | | **New York**              **NY**      **10110** |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Store lease - Store 31532 | **Seven Cousins of Rochester LLC** <br> **c/o Andrew August - Park Ave Bike Shop** <br> **72 Canfield Rd** |
| | State the term remaining | 6/17/2028 | |
| | List the contract number of any government contract | | **Pittsford Rd**              **NY**      **14534** |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Store lease - Store 31531 | **STE VENTURES LLC,** <br> **Attn: Steven T. Tsang** <br> **20028 SE 3rd Circle** |
| | State the term remaining | 6/17/2028 | |
| | List the contract number of any government contract | | **Camas**              **WA**      **98607** |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Store lease - Store 31522 | **Wolter Properties, LC Limited Partnershi** <br> **1553 Summit Shores Vista** |
| | State the term remaining | 9/30/2021 | |
| | List the contract number of any government contract | | **Burnsville**              **MN**      **55306** |

Fill in this information to identify the case:

Debtor name      **Yummy Holdings LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number      19-70069
(if known)

☐ Check if this is an
   amended filing

## Official Form 206H

# Schedule H: Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 **Ajay Dhillon** | **3304 Essex Dr.** <br> Number       Street <br><br> **Richardson**     **TX**   **75082** <br> City                    State   ZIP Code | **Carole Kramer and Gene Murphy** | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.2 **Ajay Dhillon** | **3304 Essex Dr.** <br> Number       Street <br><br> **Richardson**     **TX**   **75082** <br> City                    State   ZIP Code | **A & W Restaurants - KY (Store 31512)** | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.3 **Ajay Dhillon** | **3304 Essex Dr.** <br> Number       Street <br><br> **Richardson**     **TX**   **75082** <br> City                    State   ZIP Code | **A & W Restaurants - KY (Store 31532)** | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.4 **Ajay Dhillon** | **3304 Essex Dr.** <br> Number       Street <br><br> **Richardson**     **TX**   **75082** <br> City                    State   ZIP Code | **A & W Restaurants - KY (Store 31534)** | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.5 **Ajay Dhillon** | **3304 Essex Dr.** <br> Number       Street <br><br> **Richardson**     **TX**   **75082** <br> City                    State   ZIP Code | **A & W Restaurants - KY (Store 31537)** | ☐ D <br> ☐ E/F <br> ☑ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| **2.6** | Ajay Dhillon | 3304 Essex Dr.<br>Number    Street<br><br>Richardson        TX    75082<br>City                State  ZIP Code | A & W Restaurants - KY (Store 31542) | ☐ D<br>☐ E/F<br>☑ G |
| **2.7** | Ajay Dhillon | 3304 Essex Dr.<br>Number    Street<br><br>Richardson        TX    75082<br>City                State  ZIP Code | Long John Silvers-Royalties-Store 31511 | ☐ D<br>☐ E/F<br>☑ G |
| **2.8** | Ajay Dhillon | 3304 Essex Dr.<br>Number    Street<br><br>Richardson        TX    75082<br>City                State  ZIP Code | Long John Silvers-Royalties-Store 31512 | ☐ D<br>☐ E/F<br>☑ G |
| **2.9** | Ajay Dhillon | 3304 Essex Dr.<br>Number    Street<br><br>Richardson        TX    75082<br>City                State  ZIP Code | Long John Silvers-Royalties-Store 31515 | ☐ D<br>☐ E/F<br>☑ G |
| **2.10** | Ajay Dhillon | 3304 Essex Dr.<br>Number    Street<br><br>Richardson        TX    75082<br>City                State  ZIP Code | Long John Silvers-Royalties-Store 31517 | ☐ D<br>☐ E/F<br>☑ G |
| **2.11** | Ajay Dhillon | 3304 Essex Dr.<br>Number    Street<br><br>Richardson        TX    75082<br>City                State  ZIP Code | Long John Silvers-Royalties-Store 31520 | ☐ D<br>☐ E/F<br>☑ G |
| **2.12** | Ajay Dhillon | 3304 Essex Dr.<br>Number    Street<br><br>Richardson        TX    75082<br>City                State  ZIP Code | Long John Silvers-Royalties-Store 31522 | ☐ D<br>☐ E/F<br>☑ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

|  | Name | Mailing address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| **2.13** | **Ajay Dhillon** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State    ZIP Code | **Long John Silvers-**<br>**Royalties-Store 31531** | ☐ D<br>☐ E/F<br>☑ G |
| **2.14** | **Ajay Dhillon** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State    ZIP Code | **Long John Silvers-**<br>**Royalties-Store 31532** | ☐ D<br>☐ E/F<br>☑ G |
| **2.15** | **Ajay Dhillon** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State    ZIP Code | **Long John Silvers-**<br>**Royalties-Store 31533** | ☐ D<br>☐ E/F<br>☑ G |
| **2.16** | **Ajay Dhillon** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State    ZIP Code | **Long John Silvers-**<br>**Royalties-Store 31534** | ☐ D<br>☐ E/F<br>☑ G |
| **2.17** | **Ajay Dhillon** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State    ZIP Code | **Long John Silvers-**<br>**Royalties-Store 31535** | ☐ D<br>☐ E/F<br>☑ G |
| **2.18** | **Ajay Dhillon** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State    ZIP Code | **Long John Silvers-**<br>**Royalties-Store 31537** | ☐ D<br>☐ E/F<br>☑ G |
| **2.19** | **Ajay Dhillon** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State    ZIP Code | **Long John Silvers-**<br>**Royalties-Store 31542** | ☐ D<br>☐ E/F<br>☑ G |

| **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|
| 2.20 **Ajay Dhillon** | **3304 Essex Dr.** <br> Number    Street <br><br> **Richardson**    **TX**    **75082** <br> City    State   ZIP Code | **Long John Silvers- Royalties-Store 31549** | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.21 **Ajay Dhillon** | **3304 Essex Dr.** <br> Number    Street <br><br> **Richardson**    **TX**    **75082** <br> City    State   ZIP Code | **A & W Restaurants - KY** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.22 **Ajay Dhillon** | **3304 Essex Dr.** <br> Number    Street <br><br> **Richardson**    **TX**    **75082** <br> City    State   ZIP Code | **Long John Silvers Inc. - Royalties** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.23 **Apex Restaurant Management, Inc.** | **3304 Essex Dr.** <br> Number    Street <br><br> **Richardson**    **TX**    **75082** <br> City    State   ZIP Code | **AA&L II LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.24 **Apex Restaurant Management, Inc.** | **3304 Essex Dr.** <br> Number    Street <br><br> **Richardson**    **TX**    **75082** <br> City    State   ZIP Code | **DTMJ-1, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.25 **Apex Restaurant Management, Inc.** | **3304 Essex Dr.** <br> Number    Street <br><br> **Richardson**    **TX**    **75082** <br> City    State   ZIP Code | **HBIC LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.26 **Apex Restaurant Management, Inc.** | **3304 Essex Dr.** <br> Number    Street <br><br> **Richardson**    **TX**    **75082** <br> City    State   ZIP Code | **Janda Land Holdings, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|

| | Name | Mailing address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| **2.27** | **Apex Restaurant Management, Inc.** | **3304 Essex Dr.**<br>Number  Street<br><br>**Richardson**  **TX**  **75082**<br>City  State  ZIP Code | | | **Lane Dworkin Properties LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.28** | **Apex Restaurant Management, Inc.** | **3304 Essex Dr.**<br>Number  Street<br><br>**Richardson**  **TX**  **75082**<br>City  State  ZIP Code | | | **NADG NNN LJS-AW OK LP** | ☐ D<br>☑ E/F<br>☐ G |
| **2.29** | **Apex Restaurant Management, Inc.** | **3304 Essex Dr.**<br>Number  Street<br><br>**Richardson**  **TX**  **75082**<br>City  State  ZIP Code | | | **Real Estate Acquisitions KJE LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.30** | **Apex Restaurant Management, Inc.** | **3304 Essex Dr.**<br>Number  Street<br><br>**Richardson**  **TX**  **75082**<br>City  State  ZIP Code | | | **Seven Cousins of Rochester LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.31** | **Apex Restaurant Management, Inc.** | **3304 Essex Dr.**<br>Number  Street<br><br>**Richardson**  **TX**  **75082**<br>City  State  ZIP Code | | | **STE VENTURES LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.32** | **Apex Restaurant Management, Inc.** | **3304 Essex Dr.**<br>Number  Street<br><br>**Richardson**  **TX**  **75082**<br>City  State  ZIP Code | | | **AA&L II, LLC and August, August and Lane** | ☐ D<br>☐ E/F<br>☑ G |
| **2.33** | **Apex Restaurant Management, Inc.** | **3304 Essex Dr.**<br>Number  Street<br><br>**Richardson**  **TX**  **75082**<br>City  State  ZIP Code | | | **HBIC LLC** | ☐ D<br>☐ E/F<br>☑ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.34 **Apex Restaurant Management, Inc.** | **3304 Essex Dr.** Number  Street<br>**Richardson**  **TX**  **75082** City  State  ZIP Code | **Janda Land Holdings, LLC** | ☐ D  ☐ E/F  ☑ G |
| 2.35 **Apex Restaurant Management, Inc.** | **3304 Essex Dr.** Number  Street<br>**Richardson**  **TX**  **75082** City  State  ZIP Code | **Lane Dworkin Properties LLC** | ☐ D  ☐ E/F  ☑ G |
| 2.36 **Apex Restaurant Management, Inc.** | **3304 Essex Dr.** Number  Street<br>**Richardson**  **TX**  **75082** City  State  ZIP Code | **NADG NNN LJS-AW OK LP** | ☐ D  ☐ E/F  ☑ G |
| 2.37 **Apex Restaurant Management, Inc.** | **3304 Essex Dr.** Number  Street<br>**Richardson**  **TX**  **75082** City  State  ZIP Code | **Real Estate Acquisitions KJE LLC** | ☐ D  ☐ E/F  ☑ G |
| 2.38 **Apex Restaurant Management, Inc.** | **3304 Essex Dr.** Number  Street<br>**Richardson**  **TX**  **75082** City  State  ZIP Code | **Seven Cousins of Rochester LLC** | ☐ D  ☐ E/F  ☑ G |
| 2.39 **Apex Restaurant Management, Inc.** | **3304 Essex Dr.** Number  Street<br>**Richardson**  **TX**  **75082** City  State  ZIP Code | **STE VENTURES LLC,** | ☐ D  ☐ E/F  ☑ G |
| 2.40 **ART Restaurants California, Inc.** | **3304 Essex Dr.** Number  Street<br>**Richardson**  **TX**  **75082** City  State  ZIP Code | **AA&L II LLC** | ☐ D  ☑ E/F  ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name / Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| **2.41** | **ART Restaurants California, Inc.** — 3304 Essex Dr. (Number Street), Richardson TX 75082 (City State ZIP Code) | **DTMJ-1, LLC** | ☑ D ☐ E/F ☐ G |
| **2.42** | **ART Restaurants California, Inc.** — 3304 Essex Dr. (Number Street), Richardson TX 75082 (City State ZIP Code) | **HBIC LLC** | ☐ D ☑ E/F ☐ G |
| **2.43** | **ART Restaurants California, Inc.** — 3304 Essex Dr. (Number Street), Richardson TX 75082 (City State ZIP Code) | **Janda Land Holdings, LLC** | ☐ D ☑ E/F ☐ G |
| **2.44** | **ART Restaurants California, Inc.** — 3304 Essex Dr. (Number Street), Richardson TX 75082 (City State ZIP Code) | **Lane Dworkin Properties LLC** | ☐ D ☑ E/F ☐ G |
| **2.45** | **ART Restaurants California, Inc.** — 3304 Essex Dr. (Number Street), Richardson TX 75082 (City State ZIP Code) | **NADG NNN LJS-AW OK LP** | ☐ D ☑ E/F ☐ G |
| **2.46** | **ART Restaurants California, Inc.** — 3304 Essex Dr. (Number Street), Richardson TX 75082 (City State ZIP Code) | **Real Estate Acquisitions KJE LLC** | ☐ D ☑ E/F ☐ G |
| **2.47** | **ART Restaurants California, Inc.** — 3304 Essex Dr. (Number Street), Richardson TX 75082 (City State ZIP Code) | **Seven Cousins of Rochester LLC** | ☐ D ☑ E/F ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.48 **ART Restaurants California, Inc.** | **3304 Essex Dr.**<br>Number     Street<br><br>**Richardson     TX     75082**<br>City               State   ZIP Code | **STE VENTURES LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.49 **ART Restaurants California, Inc.** | **3304 Essex Dr.**<br>Number     Street<br><br>**Richardson     TX     75082**<br>City               State   ZIP Code | **AA&L II, LLC and August, August and Lane** | ☐ D<br>☐ E/F<br>☑ G |
| 2.50 **ART Restaurants California, Inc.** | **3304 Essex Dr.**<br>Number     Street<br><br>**Richardson     TX     75082**<br>City               State   ZIP Code | **HBIC LLC** | ☐ D<br>☐ E/F<br>☑ G |
| 2.51 **ART Restaurants California, Inc.** | **3304 Essex Dr.**<br>Number     Street<br><br>**Richardson     TX     75082**<br>City               State   ZIP Code | **Janda Land Holdings, LLC** | ☐ D<br>☐ E/F<br>☑ G |
| 2.52 **ART Restaurants California, Inc.** | **3304 Essex Dr.**<br>Number     Street<br><br>**Richardson     TX     75082**<br>City               State   ZIP Code | **Lane Dworkin Properties LLC** | ☐ D<br>☐ E/F<br>☑ G |
| 2.53 **ART Restaurants California, Inc.** | **3304 Essex Dr.**<br>Number     Street<br><br>**Richardson     TX     75082**<br>City               State   ZIP Code | **NADG NNN LJS-AW OK LP** | ☐ D<br>☐ E/F<br>☑ G |
| 2.54 **ART Restaurants California, Inc.** | **3304 Essex Dr.**<br>Number     Street<br><br>**Richardson     TX     75082**<br>City               State   ZIP Code | **Real Estate Acquisitions KJE LLC** | ☐ D<br>☐ E/F<br>☑ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |

| Name | Mailing address | Name | Check all schedules that apply: |
| --- | --- | --- | --- |
| 2.55  **ART Restaurants California, Inc.** | **3304 Essex Dr.** <br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State    ZIP Code | **Seven Cousins of Rochester LLC** | ☐ D<br>☐ E/F<br>☑ G |
| 2.56  **ART Restaurants California, Inc.** | **3304 Essex Dr.** <br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State    ZIP Code | **STE VENTURES LLC,** | ☐ D<br>☐ E/F<br>☑ G |
| 2.57  **Jerrico Inc.** | **PO Box  950111** <br>Number    Street<br><br>**Louisville**    **KY**    **40295**<br>City    State    ZIP Code | **Seritage KMT Finance LLC** | ☐ D<br>☐ E/F<br>☑ G |
| 2.58  **LJS Restaurants Inc.** | **PO Box  950111** <br>Number    Street<br><br>**Louisville**    **KY**    **40295**<br>City    State    ZIP Code | **Carolyn B. Kriegsman Trust** | ☐ D<br>☐ E/F<br>☑ G |
| 2.59  **LJS Restaurants Inc.** | **PO Box  950111** <br>Number    Street<br><br>**Louisville**    **KY**    **40295**<br>City    State    ZIP Code | **Eastland, Inc.** | ☐ D<br>☐ E/F<br>☑ G |
| 2.60  **LJS Restaurants Inc.** | **PO Box  950111** <br>Number    Street<br><br>**Louisville**    **KY**    **40295**<br>City    State    ZIP Code | **Carolyn Kriegsman Trust** | ☐ D<br>☑ E/F<br>☐ G |
| 2.61  **LJS Restaurants LLC** | **PO Box  950111** <br>Number    Street<br><br>**Louisville**    **KY**    **40295**<br>City    State    ZIP Code | **Carole Kramer and Gene Murphy** | ☐ D<br>☐ E/F<br>☑ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| **2.62  LJS Restaurants LLC** | **PO Box  950111**<br>Number       Street<br><br>**Louisville**       **KY**   **40295**<br>City                        State   ZIP Code | **Seritage KMT Finance LLC** | ☐ D<br>☐ E/F<br>☑ G |
| **2.63  LJS Restaurants LLC** | **PO Box  950111**<br>Number       Street<br><br>**Louisville**       **KY**   **40295**<br>City                        State   ZIP Code | **Wolter Properties, LC Limited Partnershi** | ☐ D<br>☐ E/F<br>☑ G |
| **2.64  LJS Restaurants LLC** | **PO Box  950111**<br>Number       Street<br><br>**Louisville**       **KY**   **40295**<br>City                        State   ZIP Code | **Wolter Properties, LC Limited Partnershi** | ☐ D<br>☑ E/F<br>☐ G |
| **2.65  Long John Silver's Inc.** | **PO Box  950111**<br>Number       Street<br><br>**Louisville**       **KY**   **40295**<br>City                        State   ZIP Code | **Eastland, Inc.** | ☐ D<br>☐ E/F<br>☑ G |
| **2.66  Nantucket Enterprises Inc.** | **PO Box  950111**<br>Number       Street<br><br>**Louisville**       **KY**   **40295**<br>City                        State   ZIP Code | **Carolyn B. Kriegsman Trust** | ☐ D<br>☐ E/F<br>☑ G |
| **2.67  Nantucket Enterprises Inc.** | **PO Box  950111**<br>Number       Street<br><br>**Louisville**       **KY**   **40295**<br>City                        State   ZIP Code | **Carolyn Kriegsman Trust** | ☐ D<br>☑ E/F<br>☐ G |
| **2.68  Ramesh Walia (deceased)** | **3304 Essex Dr.**<br>Number       Street<br><br>**Richardson**       **TX**   **75082**<br>City                        State   ZIP Code | **Carole Kramer and Gene Murphy** | ☐ D<br>☐ E/F<br>☑ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.69 | Ramesh Walia (deceased) | 3304 Essex Dr. <br> Number    Street <br><br> Richardson          TX    75082 <br> City                State  ZIP Code | A & W Restaurants - KY (Store 31512) | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.70 | Ramesh Walia (deceased) | 3304 Essex Dr. <br> Number    Street <br><br> Richardson          TX    75082 <br> City                State  ZIP Code | A & W Restaurants - KY (Store 31532) | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.71 | Ramesh Walia (deceased) | 3304 Essex Dr. <br> Number    Street <br><br> Richardson          TX    75082 <br> City                State  ZIP Code | A & W Restaurants - KY (Store 31534) | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.72 | Ramesh Walia (deceased) | 3304 Essex Dr. <br> Number    Street <br><br> Richardson          TX    75082 <br> City                State  ZIP Code | A & W Restaurants - KY (Store 31537) | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.73 | Ramesh Walia (deceased) | 3304 Essex Dr. <br> Number    Street <br><br> Richardson          TX    75082 <br> City                State  ZIP Code | A & W Restaurants - KY (Store 31542) | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.74 | Ramesh Walia (deceased) | 3304 Essex Dr. <br> Number    Street <br><br> Richardson          TX    75082 <br> City                State  ZIP Code | Long John Silvers- Royalties-Store 31511 | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.75 | Ramesh Walia (deceased) | 3304 Essex Dr. <br> Number    Street <br><br> Richardson          TX    75082 <br> City                State  ZIP Code | Long John Silvers- Royalties-Store 31512 | ☐ D <br> ☐ E/F <br> ☑ G |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |

| Name | Mailing address | Name | Check all schedules that apply: |
|------|-----------------|------|--------------------------------|
| 2.76  **Ramesh Walia (deceased)** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State   ZIP Code | **Long John Silvers-Royalties-Store 31515** | ☐ D<br>☐ E/F<br>☑ G |
| 2.77  **Ramesh Walia (deceased)** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State   ZIP Code | **Long John Silvers-Royalties-Store 31517** | ☐ D<br>☐ E/F<br>☑ G |
| 2.78  **Ramesh Walia (deceased)** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State   ZIP Code | **Long John Silvers-Royalties-Store 31520** | ☐ D<br>☐ E/F<br>☑ G |
| 2.79  **Ramesh Walia (deceased)** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State   ZIP Code | **Long John Silvers-Royalties-Store 31522** | ☐ D<br>☐ E/F<br>☑ G |
| 2.80  **Ramesh Walia (deceased)** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State   ZIP Code | **Long John Silvers-Royalties-Store 31531** | ☐ D<br>☐ E/F<br>☑ G |
| 2.81  **Ramesh Walia (deceased)** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State   ZIP Code | **Long John Silvers-Royalties-Store 31532** | ☐ D<br>☐ E/F<br>☑ G |
| 2.82  **Ramesh Walia (deceased)** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson**    **TX**    **75082**<br>City    State   ZIP Code | **Long John Silvers-Royalties-Store 31533** | ☐ D<br>☐ E/F<br>☑ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.83 **Ramesh Walia (deceased)** | 3304 Essex Dr.<br>Number   Street<br><br>Richardson   TX   75082<br>City   State   ZIP Code | **Long John Silvers-Royalties-Store 31534** | ☐ D<br>☐ E/F<br>☑ G |
| 2.84 **Ramesh Walia (deceased)** | 3304 Essex Dr.<br>Number   Street<br><br>Richardson   TX   75082<br>City   State   ZIP Code | **Long John Silvers-Royalties-Store 31535** | ☐ D<br>☐ E/F<br>☑ G |
| 2.85 **Ramesh Walia (deceased)** | 3304 Essex Dr.<br>Number   Street<br><br>Richardson   TX   75082<br>City   State   ZIP Code | **Long John Silvers-Royalties-Store 31537** | ☐ D<br>☐ E/F<br>☑ G |
| 2.86 **Ramesh Walia (deceased)** | 3304 Essex Dr.<br>Number   Street<br><br>Richardson   TX   75082<br>City   State   ZIP Code | **Long John Silvers-Royalties-Store 31542** | ☐ D<br>☐ E/F<br>☑ G |
| 2.87 **Ramesh Walia (deceased)** | 3304 Essex Dr.<br>Number   Street<br><br>Richardson   TX   75082<br>City   State   ZIP Code | **Long John Silvers-Royalties-Store 31549** | ☐ D<br>☐ E/F<br>☑ G |
| 2.88 **Ramesh Walia (deceased)** | 3304 Essex Dr.<br>Number   Street<br><br>Richardson   TX   75082<br>City   State   ZIP Code | **A & W Restaurants - KY** | ☐ D<br>☑ E/F<br>☐ G |
| 2.89 **Ramesh Walia (deceased)** | 3304 Essex Dr.<br>Number   Street<br><br>Richardson   TX   75082<br>City   State   ZIP Code | **Long John Silvers Inc. - Royalties** | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.90 | **Tabbassum Mumtaz** | **3304 Essex Dr.**<br>Number        Street<br><br>**Richardson**   **TX**   **75082**<br>City                                State   ZIP Code | **Carole Kramer and Gene Murphy** | ☐ D<br>☐ E/F<br>☑ G |
| 2.91 | **Tabbassum Mumtaz** | **3304 Essex Dr.**<br>Number        Street<br><br>**Richardson**   **TX**   **75082**<br>City                                State   ZIP Code | **A & W Restaurants - KY (Store 31512)** | ☐ D<br>☐ E/F<br>☑ G |
| 2.92 | **Tabbassum Mumtaz** | **3304 Essex Dr.**<br>Number        Street<br><br>**Richardson**   **TX**   **75082**<br>City                                State   ZIP Code | **A & W Restaurants - KY (Store 31532)** | ☐ D<br>☐ E/F<br>☑ G |
| 2.93 | **Tabbassum Mumtaz** | **3304 Essex Dr.**<br>Number        Street<br><br>**Richardson**   **TX**   **75082**<br>City                                State   ZIP Code | **A & W Restaurants - KY (Store 31534)** | ☐ D<br>☐ E/F<br>☑ G |
| 2.94 | **Tabbassum Mumtaz** | **3304 Essex Dr.**<br>Number        Street<br><br>**Richardson**   **TX**   **75082**<br>City                                State   ZIP Code | **A & W Restaurants - KY (Store 31537)** | ☐ D<br>☐ E/F<br>☑ G |
| 2.95 | **Tabbassum Mumtaz** | **3304 Essex Dr.**<br>Number        Street<br><br>**Richardson**   **TX**   **75082**<br>City                                State   ZIP Code | **A & W Restaurants - KY (Store 31542)** | ☐ D<br>☐ E/F<br>☑ G |
| 2.96 | **Tabbassum Mumtaz** | **3304 Essex Dr.**<br>Number        Street<br><br>**Richardson**   **TX**   **75082**<br>City                                State   ZIP Code | **Long John Silvers-Royalties-Store 31511** | ☐ D<br>☐ E/F<br>☑ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| Name | Mailing address | Name | Check all schedules that apply: |
|------|-----------------|------|----------------------------------|
| **2.97 Tabbassum Mumtaz** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson    TX   75082**<br>City    State   ZIP Code | **Long John Silvers-Royalties-Store 31512** | ☐ D<br>☐ E/F<br>☑ G |
| **2.98 Tabbassum Mumtaz** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson    TX   75082**<br>City    State   ZIP Code | **Long John Silvers-Royalties-Store 31515** | ☐ D<br>☐ E/F<br>☑ G |
| **2.99 Tabbassum Mumtaz** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson    TX   75082**<br>City    State   ZIP Code | **Long John Silvers-Royalties-Store 31517** | ☐ D<br>☐ E/F<br>☑ G |
| **2.100 Tabbassum Mumtaz** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson    TX   75082**<br>City    State   ZIP Code | **Long John Silvers-Royalties-Store 31520** | ☐ D<br>☐ E/F<br>☑ G |
| **2.101 Tabbassum Mumtaz** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson    TX   75082**<br>City    State   ZIP Code | **Long John Silvers-Royalties-Store 31522** | ☐ D<br>☐ E/F<br>☑ G |
| **2.102 Tabbassum Mumtaz** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson    TX   75082**<br>City    State   ZIP Code | **Long John Silvers-Royalties-Store 31531** | ☐ D<br>☐ E/F<br>☑ G |
| **2.103 Tabbassum Mumtaz** | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson    TX   75082**<br>City    State   ZIP Code | **Long John Silvers-Royalties-Store 31532** | ☐ D<br>☐ E/F<br>☑ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| **2.104** Tabbassum Mumtaz | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson    TX    75082**<br>City                    State    ZIP Code | **Long John Silvers-Royalties-Store 31533** | ☐ D<br>☐ E/F<br>☑ G |
| **2.105** Tabbassum Mumtaz | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson    TX    75082**<br>City                    State    ZIP Code | **Long John Silvers-Royalties-Store 31534** | ☐ D<br>☐ E/F<br>☑ G |
| **2.106** Tabbassum Mumtaz | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson    TX    75082**<br>City                    State    ZIP Code | **Long John Silvers-Royalties-Store 31535** | ☐ D<br>☐ E/F<br>☑ G |
| **2.107** Tabbassum Mumtaz | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson    TX    75082**<br>City                    State    ZIP Code | **Long John Silvers-Royalties-Store 31537** | ☐ D<br>☐ E/F<br>☑ G |
| **2.108** Tabbassum Mumtaz | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson    TX    75082**<br>City                    State    ZIP Code | **Long John Silvers-Royalties-Store 31542** | ☐ D<br>☐ E/F<br>☑ G |
| **2.109** Tabbassum Mumtaz | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson    TX    75082**<br>City                    State    ZIP Code | **Long John Silvers-Royalties-Store 31549** | ☐ D<br>☐ E/F<br>☑ G |
| **2.110** Tabbassum Mumtaz | **3304 Essex Dr.**<br>Number    Street<br><br>**Richardson    TX    75082**<br>City                    State    ZIP Code | **A & W Restaurants - KY** | ☐ D<br>☑ E/F<br>☐ G |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | | | Column 2:  **Creditor** | |
| --- | --- | --- | --- | --- | --- |

| **Name** | **Mailing address** | | | **Name** | *Check all schedules that apply:* |
| --- | --- | --- | --- | --- | --- |
| **2.111 Tabbassum Mumtaz** | **3304 Essex Dr.**<br>Number        Street | | | **Long John Silvers Inc. - Royalties** | ☐ D  ☑ E/F  ☐ G |
| | **Richardson**<br>City | **TX**<br>State | **75082**<br>ZIP Code | | |
| **2.112 Tajay Restaurants Inc.** | **3304 Essex Drive**<br>Number        Street | | | **AA&L II LLC** | ☐ D  ☑ E/F  ☐ G |
| | **Richardson**<br>City | **TX**<br>State | **75082**<br>ZIP Code | | |
| **2.113 Tajay Restaurants Inc.** | **3304 Essex Drive**<br>Number        Street | | | **DTMJ-1, LLC** | ☑ D  ☐ E/F  ☐ G |
| | **Richardson**<br>City | **TX**<br>State | **75082**<br>ZIP Code | | |
| **2.114 Tajay Restaurants Inc.** | **3304 Essex Drive**<br>Number        Street | | | **HBIC LLC** | ☐ D  ☑ E/F  ☐ G |
| | **Richardson**<br>City | **TX**<br>State | **75082**<br>ZIP Code | | |
| **2.115 Tajay Restaurants Inc.** | **3304 Essex Drive**<br>Number        Street | | | **Janda Land Holdings, LLC** | ☐ D  ☑ E/F  ☐ G |
| | **Richardson**<br>City | **TX**<br>State | **75082**<br>ZIP Code | | |
| **2.116 Tajay Restaurants Inc.** | **3304 Essex Drive**<br>Number        Street | | | **Lane Dworkin Properties LLC** | ☐ D  ☑ E/F  ☐ G |
| | **Richardson**<br>City | **TX**<br>State | **75082**<br>ZIP Code | | |
| **2.117 Tajay Restaurants Inc.** | **3304 Essex Drive**<br>Number        Street | | | **NADG NNN LJS-AW OK LP** | ☐ D  ☑ E/F  ☐ G |
| | **Richardson**<br>City | **TX**<br>State | **75082**<br>ZIP Code | | |

Debtor    **Yummy Holdings LLC**                    Case number (if known) __19-70069__

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |

| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
|---|---|---|---|
| 2.118 Tajay Restaurants Inc. | 3304 Essex Drive<br>Number     Street<br><br>Richardson     TX   75082<br>City     State   ZIP Code | Real Estate Acquisitions KJE LLC | ☐ D  ☑ E/F  ☐ G |
| 2.119 Tajay Restaurants Inc. | 3304 Essex Drive<br>Number     Street<br><br>Richardson     TX   75082<br>City     State   ZIP Code | Seven Cousins of Rochester LLC | ☐ D  ☑ E/F  ☐ G |
| 2.120 Tajay Restaurants Inc. | 3304 Essex Drive<br>Number     Street<br><br>Richardson     TX   75082<br>City     State   ZIP Code | STE VENTURES LLC | ☐ D  ☑ E/F  ☐ G |
| 2.121 Tajay Restaurants Inc. | 3304 Essex Drive<br>Number     Street<br><br>Richardson     TX   75082<br>City     State   ZIP Code | AA&L II, LLC and August, August and Lane | ☐ D  ☐ E/F  ☑ G |
| 2.122 Tajay Restaurants Inc. | 3304 Essex Drive<br>Number     Street<br><br>Richardson     TX   75082<br>City     State   ZIP Code | HBIC LLC | ☐ D  ☐ E/F  ☑ G |
| 2.123 Tajay Restaurants Inc. | 3304 Essex Drive<br>Number     Street<br><br>Richardson     TX   75082<br>City     State   ZIP Code | Janda Land Holdings, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.124 Tajay Restaurants Inc. | 3304 Essex Drive<br>Number     Street<br><br>Richardson     TX   75082<br>City     State   ZIP Code | Lane Dworkin Properties LLC | ☐ D  ☐ E/F  ☑ G |

---

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| **2.125 Tajay Restaurants Inc.** | **3304 Essex Drive**<br>Number    Street<br><br>**Richardson    TX    75082**<br>City    State    ZIP Code | **NADG NNN LJS-AW OK LP** | ☐ D<br>☐ E/F<br>☑ G |
| **2.126 Tajay Restaurants Inc.** | **3304 Essex Drive**<br>Number    Street<br><br>**Richardson    TX    75082**<br>City    State    ZIP Code | **Real Estate Acquisitions KJE LLC** | ☐ D<br>☐ E/F<br>☑ G |
| **2.127 Tajay Restaurants Inc.** | **3304 Essex Drive**<br>Number    Street<br><br>**Richardson    TX    75082**<br>City    State    ZIP Code | **Seven Cousins of Rochester LLC** | ☐ D<br>☐ E/F<br>☑ G |
| **2.128 Tajay Restaurants Inc.** | **3304 Essex Drive**<br>Number    Street<br><br>**Richardson    TX    75082**<br>City    State    ZIP Code | **STE VENTURES LLC,** | ☐ D<br>☐ E/F<br>☑ G |

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B..................................................................... | **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B................................................................. | **$1,035,865.26**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B.................................................................... | **$1,035,865.26**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$955,926.41**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F..................................... | **$36,919.58**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................... | **+** **$1,785,775.47**

4. **Total liabilities**
    Lines 2 + 3a + 3b............................................................................. | **$2,778,621.46**

Debtor Name    **Yummy Holdings LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number    **19-70069**
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/15/2019**     X **/s/ Omar Misleh** _____
      MM / DD / YYYY     Signature of individual signing on behalf of debtor

               **Omar Misleh**
               Printed name
               **Authorized Agent**
               Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Yummy Holdings LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-70069** |

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2019** to Filing date <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | **$1,944,016.26** |
| For prior year: | From **01/01/2018** to **12/31/2018** <br> MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | **$6,294,278.92** |
| For the year before that: | From **01/01/2017** to **12/31/2017** <br> MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | **$6,892,961.60** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **McLane Foodservice, Inc.** <br> Creditor's name <br> **2085 Midway Road** <br> Street <br><br> **Carrollton**    **TX**    **75006-5063** <br> City    State    ZIP Code | **Various between 2/18/19 and 5/16/19** | **$427,869.09** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other   **Goods/services** |

| Debtor | **Yummy Holdings LLC** | Case number (if known) | **19-70069** |
|---|---|---|---|
| | Name | | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | | | *Check all that apply* |

**3.2.** **Oklahoma Tax Commission**
Creditor's name
**P.O. BOX 26920**
Street

**Oklahoma City**    **OK**    **73126-0920**
City    State    ZIP Code

Dates: **2/20/19, 3/15/19, 3/20/19, 4/15/19, 4/22/19**

Total amount or value: **$94,854.33**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other **Sales tax**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**3.3.** **Long John Silvers Inc. - Royalties**
Creditor's name
**P.O. BOX 950111**
Street

**Louisville**    **KY**    **40295-0111**
City    State    ZIP Code

Dates: **2/28/19, 3/6/19, 3/18/19, 3/22/19, 4/17/19**

Total amount or value: **$92,777.71**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other **Royalties**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**3.4.** **Long John Silvers - Advertising**
Creditor's name
**P.O. BOX 950106**
Street

**Louisville**    **KY**    **40295-0106**
City    State    ZIP Code

Dates: **2/28/19, 3/6/19, 3/18/19, 3/22/19, 4/17/19**

Total amount or value: **$91,825.10**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other **Advertising fund**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**3.5.** **Seritage KMT Finance LLC**
Creditor's name
**c/o Seritage Growth Properties**
Street
**500 Fifth Avenue, Suite 1530**

**New York**    **NY**    **10110**
City    State    ZIP Code

Dates: **3/1/19, 4/1/19, 4/10/19, 5/1/19**

Total amount or value: **$20,643.32**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other **Rent and property taxe**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**3.6.** **AEP Public Service Co. of Oklahoma**
Creditor's name
**PO Box  24421**
Street

**Canton**    **OH**    **44701-4421**
City    State    ZIP Code

Dates: **Various between 2/20/19 and 5/16/19**

Total amount or value: **$18,629.77**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other **Utilities**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**3.7.** **Tandy Town**
Creditor's name
**Attn:  Lisa Johnston**
Street
**1744 E. Carl Albert Pkwy.**

**McAlester**    **OK**    **74501**
City    State    ZIP Code

Dates: **3/21/19, 4/1/19, 5/1/19**

Total amount or value: **$15,750.00**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other **Rent**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**3.8.** **Kansas Department of Revenue**
Creditor's name
**915 SW Harrison St**
Street

**Topeka**    **KS**    **66625-5000**
City    State    ZIP Code

Dates: **2/20/19, 3/20/19, 4/22/19**

Total amount or value: **$12,331.57**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other **Sales tax**

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | **A&W Restaurants**<br>Creditor's name<br>**PO Box 63-7604**<br>Street<br><br>**Cincinnati**   **OH**   **45263-7604**<br>City   State   ZIP Code | **2/28/19,<br>3/6/19,<br>3/18/19,<br>3/22/19,<br>4/17/19** | $12,281.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **Royalties** |
| 3.10. | **Oklahoma Natural Gas Company**<br>Creditor's name<br>**Dept 1234**<br>Street<br><br>**Tulsa**   **OK**   **74186-0002**<br>City   State   ZIP Code | **Various<br>between<br>2/20/19 and<br>5/14/19** | $10,290.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **Utilities** |
| 3.11. | **NAC Advertising Trust Fd Lockbox**<br>Creditor's name<br>**3585 Reliable Pkwy**<br>Street<br><br>**Chicago**   **IL**   **60686-0035**<br>City   State   ZIP Code | **2/28/19,<br>3/6/19,<br>3/18/19,<br>3/22/19,<br>4/17/19** | $8,187.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **Advertising fund** |
| 3.12. | **Interface Security Systems LLC**<br>Creditor's name<br>**8339 Solutions Center**<br>Street<br><br>**Chicago**   **IL**   **60677-8003**<br>City   State   ZIP Code | **2/19/19,<br>3/5/19,<br>3/29/19,<br>4/2/19,<br>4/24/19,<br>4/26/19** | $7,734.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **Goods/Services** |
| 3.13. | **Long John Silver's LLC**<br>Creditor's name<br>**P.O. Box 950111**<br>Street<br><br>**Louisville**   **KY**   **40295-0111**<br>City   State   ZIP Code | **2/19/19,<br>3/5/19,<br>3/14/19,<br>3/26/19,<br>4/24/19** | $7,703.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **Goods/Services** |
| 3.14. | **City Of Tulsa**<br>Creditor's name<br>**200 Civic Ctr**<br>Street<br><br>**Tulsa**   **OK**   **74103-3833**<br>City   State   ZIP Code | **2/19/19,<br>2/25/19,<br>3/6/19,<br>3/18/19,<br>4/3/19,<br>4/4/19,<br>4/16/19,<br>5/2/19,<br>5/15/19** | $7,525.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **Utilities** |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 3.15. **Eastland, Inc.** | **3/1/19,** | **$7,441.74** | *Check all that apply* |
| Creditor's name | **4/1/19,** | | ☐ Secured debt |
| **12345 East Skelly Drive** | **4/30/19** | | ☐ Unsecured loan repayments |
| Street | | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| **Tulsa**            **OK**     **74128** | | | ☑ Other   **Rent** |
| City                State    ZIP Code | | | |

## 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Morgan's Foods Inc.** | **Several** | **$310,947.16** | **Benefits/insurance** |
| Insider's name | **between** | | |
| **4829 Galaxy Parkway, Suite A** | **5/25/18 and** | | |
| Street | **5/13/19** | | |
| **Cleveland**       **OH**     **44128** | | | |
| City                State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Common ownership** | | | |

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Tajay Restaurant Inc.** | **6/4/18,** | **$225,000.00** | **Intercompany loans** |
| Insider's name | **6/12/18,** | | |
| **3304 Essex Drive** | **8/30/18,** | | |
| Street | **9/13/18,** | | |
| | **9/26/18,** | | |
| **Richardson**      **TX**     **75082** | **10/11/18,** | | |
| City                State    ZIP Code | **10/25/18,** | | |
| **Relationship to debtor** | **4/8/19,** | | |
| **Common ownership** | **4/22/19,** | | |
| | **5/13/19** | | |

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3. **Yummy Seafoods LLC** | **5/15/19** | **$62,000.00** | **Intercompany loans** |
| Insider's name | | | |
| **3304 Essex Drive** | | | |
| Street | | | |
| **Richardson**      **TX**     **75082** | | | |
| City                State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Common ownership** | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

**Part 3:    Legal Actions or Assignments**

---

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **DTMJ-1, LLC v. Yummy Holdings, LLC, Apex Restaurant Management, Inc., Tajay Restaurants, Inc.** | **Breach of Contract** | **Cherokee County District Court** <br> Name <br> **213 W. Delaware St.** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CJ-2019-138** | | **Tahlequah**      **OK**   **74464** <br> City            State   ZIP Code | |
| 7.2. | Case title <br> **Dailey, Christie Lynn** | Nature of case <br> **Workers Compensation Claim** | Court or agency's name and address <br> **Arch Insurance Company** <br> Name <br> **2345 Grand Blvd., Ste. 900** <br> Street | Status of case <br> ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **6794935** | | **Kansas City**      **MO**   **64108** <br> City            State   ZIP Code | |
| 7.3. | Case title <br> **Recinos, Lillynn Isbella** | Nature of case <br> **Workers Compensation Claim** | Court or agency's name and address <br> **Arch Insurance Company** <br> Name <br> **2345 Grand Blvd., Ste. 900** <br> Street | Status of case <br> ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **6776569** | | **Kansas City**      **MO**   **64108** <br> City            State   ZIP Code | |
| 7.4. | Case title <br> **Wooten, Angela M.** | Nature of case <br> **Workers Compensation Claim** | Court or agency's name and address <br> **Arch Insurance Company** <br> Name <br> **2345 Grand Blvd., Ste. 900** <br> Street | Status of case <br> ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **6742879** | | **Kansas City**      **MO**   **64108** <br> City            State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Ward, Joe G.** | **Workers Compensation Claim** | **Arch Insurance Company**<br>Name<br>**2345 Grand Blvd., Ste. 900**<br>Street | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | Case number<br>**6662801** | | **Kansas City    MO   64108**<br>City            State   ZIP Code | |
| 7.6. | **Thompson, Mark D.** | **Workers Compensation Claim** | **Arch Insurance Company**<br>Name<br>**2345 Grand Blvd., Ste. 900**<br>Street | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | Case number<br>**6624510** | | **Kansas City    MO   64108**<br>City            State   ZIP Code | |
| 7.7. | **Deffebaugh, Sandy Ann Marie** | **Workers Compensation Claim** | **Arch Insurance Company**<br>Name<br>**2345 Grand Blvd., Ste. 900**<br>Street | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | Case number<br>**6622186** | | **Kansas City    MO   64108**<br>City            State   ZIP Code | |
| 7.8. | **Smallwood, Shalett** | **Workers Compensation Claim** | **Arch Insurance Company**<br>Name<br>**2345 Grand Blvd., Ste. 900**<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | **Kansas City    MO   64108**<br>City            State   ZIP Code | |
| 7.9. | **Billings, Tuesday** | **Workers Compensation Claim** | **Arch Insurance Company**<br>Name<br>**2345 Grand Blvd., Ste. 900**<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | **Kansas City    MO   64108**<br>City            State   ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. __DTMJ-1, LLC__ | __Postjudgment garnishment lien__ | __5/14/2019__ | __$64,367.65__ |

**Address**

__Attn: David & Tara Montgomery__
Street
__5134 Wright Terrace__

__Stokie__       __IL__      __60077__
City           State    ZIP Code

**Relationship to debtor**

__Landlord__

| Part 7: | Previous Locations |
|---------|---------------------|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | **Address** | | | **Dates of occupancy** | |
|---|---|---|---|---|---|
| 14.1. | **6718 E. Admiral Place** | | | From **6/19/2008** | To **5/21/2018** |
| | Street | | | | |
| | **Tulsa** | **OK** | **74115** | | |
| | City | State | ZIP Code | | |

| | **Address** | | | **Dates of occupancy** | |
|---|---|---|---|---|---|
| 14.2. | **900 E. Charles Page Blvd.** | | | From **6/19/2008** | To **11/23/2018** |
| | Street | | | | |
| | **Sand Springs** | **OK** | **74063** | | |
| | City | State | ZIP Code | | |

| | **Address** | | | **Dates of occupancy** | |
|---|---|---|---|---|---|
| 14.3. | **1444 S. Peoria Ave.** | | | From **6/19/2008** | To **2/22/2019** |
| | Street | | | | |
| | **Tulsa** | **OK** | **74120** | | |
| | City | State | ZIP Code | | |

| | **Address** | | | **Dates of occupancy** | |
|---|---|---|---|---|---|
| 14.4. | **1956 S. Garnett Rd.** | | | From **6/19/2008** | To **4/13/2019** |
| | Street | | | | |
| | **Tulsa** | **OK** | **74108** | | |
| | City | State | ZIP Code | | |

| | **Address** | | | **Dates of occupancy** | |
|---|---|---|---|---|---|
| 14.5. | **1301 W. Will Rogers Blvd.** | | | From **6/19/2008** | To **2/24/2019** |
| | Street | | | | |
| | **Claremore** | **OK** | **74017** | | |
| | City | State | ZIP Code | | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
   ☑ No.  Go to Part 10.
   ☐ Yes.  Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Spirit Bank**<br>Name<br>**4815 S. Harvard Ave.**<br>Street<br><br>**Tulsa     OK  74135**<br>City     State  ZIP Code | **XXXX- 9  0  6  3** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **3/20/2019** | **$310.61** |

| Debtor | **Yummy Holdings LLC** | | Case number (if known) | **19-70069** |
|---|---|---|---|---|
| | Name | | | |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.2. **Bank of America, N.A.**<br>Name<br><br>**P.O. Box 831547**<br>Street<br><br><br>**Dallas**      **TX**   **75283-1547**<br>City      State   ZIP Code | XXXX- **4    5    8    7** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **5/29/2019** | **$96.37** |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.3. **RCB Bank**<br>Name<br><br>**P.O. Box 189**<br>Street<br><br><br>**Claremore**      **OK**   **74018-0189**<br>City      State   ZIP Code | XXXX- **6    1    1    1** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **3/20/2019** | **$1,117.30** |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.4. **Bank of Oklahoma**<br>Name<br><br>**P.O. Box 2300**<br>Street<br><br><br>**Tulsa**      **OK**   **74192-0001**<br>City      State   ZIP Code | XXXX- **3    5    1    0** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **12/20/17** | **$201.36** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21.  **Property held for another**
     List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held
     in trust.  Do not list leased or rented property.

     ☑ None

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of
  the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor
  formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a
  similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
     Include settlements and orders.

     ☑ No
     ☐ Yes.  Provide details below.

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in
     violation of an environmental law?**

     ☑ No
     ☐ Yes.  Provide details below.

24.  **Has the debtor notified any govermental unit of any release of hazardous material?**

     ☑ No
     ☐ Yes.  Provide details below.

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this
     case.  Include this information even if already listed in the Schedules.

     ☑ None

26.  **Books, records, and financial statements**

     26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

     ☐ None

|         | Name and address                          |       | Dates of service |           |
|---------|-------------------------------------------|-------|------------------|-----------|
| 26a.1.  | **Grant & Smith, LLP**                    | From  | **2008**         | To **Present** |
|         | Name                                      |       |                  |           |
|         | **333 Hegenberger Rd., Suite 325**        |       |                  |           |
|         | Street                                    |       |                  |           |
|         |                                           |       |                  |           |
|         | **Oakland**          **CA**    **94621**  |       |                  |           |
|         | City                 State    ZIP Code    |       |                  |           |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1. **Grant & Smith, LLP**      From   **2008**   To   **Present**
Name
**333 Hegenberger Rd., Suite 325**
Street

**Oakland**      **CA**      **94621**
City      State      ZIP Code

| Name and address | Dates of service |
|---|---|

26b.2. **Ajay Dhillon**      From   **2008**   To   **Present**
Name
**3304 Essex Drive**
Street

**Richardson**      **TX**      **75082**
City      State      ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1. **Grant & Smith, LLP**
Name
**333 Hegenberger Rd., Suite 325**
Street

**Oakland**      **CA**      **94621**
City      State      ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. **Ajay Dhillon**
Name
**3304 Essex Drive**
Street

**Richardson**      **TX**      **75082**
City      State      ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Restaurant Supply Chain Solutions**
Name
**P.O. Box 638655**
Street

**Cincinnati**      **OH**      **45263-8655**
City      State      ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tabbassum Mumtaz** | **3304 Essex Drive Richardson, TX 75082** | **President/Manager/Equity** | **37%** |
| **Ajay Dhillon** | **3304 Essex Drive Richardson, TX 75082** | **Equity** | **33%** |
| **Kulwinder Walia** | **3304 Essex Drive Richardson, TX 75082** | **Equity** | **30%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/15/2019**

       MM / DD / YYYY

**X /s/ Omar Misleh**          Printed name   **Omar Misleh**

       Signature of individual signing on behalf of the debtor

       Position or relationship to debtor   **Authorized Agent**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes